## (November 17, 1960)

■ SAUL GELTMAN et al., Individually and as Administrators C. T. A. of the Estate of JOSEPH GELTMAN, Deceased, Respondents, v. TRAVIS S. LEVY et al., Appellants.— Appeal from order entered on November 10, 1959 which

granted the motion to dismiss the amended complaint to the extent of dismissing the second and fifth causes of action, unanimously dismissed, having become academic by virtue of the decision of this court in *Geltman* v. *Levy* (11 A D 2d 411). Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.